Brucenton Will, W.V., 01 Sptember 2008



Honorable Judge:
DONALD MIDDLEBROOKS
United States District Court
701 Clematis Street
West Palm Beach, Fl 33401

REF: # 06-20139-CR-MILDDLEBROOKS

Honorable Judge DONALD MIDDLEBROOKS, by these means I humbly request a personal audiencie with you, the reason being is that it's been 27 months since my sentencing and the prosecutor Ms. ANDREA G. HOFFMAN assured me when I signed my agreement that 1 year after sentencing I would receive a sentence reduction for my collaboration I have collaborated 100% whit the U.S. goverment to try and amend my mistakes that were to trust Mr. MARS MICOLTA HURTADO who was already beensentenced along whith Mr. DOMINGO MICOLTA HURTADO and JACKSON OROSCOL GIL, I was also willing to collaborate when Mr. RUBEN MENACA was set for trial and at the last moment declared himself guilty. The same goes for Mr. LUIS REINAL GRISALES HERNANDEZ (AKA: Peluza) that was a fugitive fron justice and now been sentenced.

In the month of May I was transferred to Washington D.C. to work with the prosecutor of the state against Mr. JAIME MICOLTA HURTADO, I know there have been more people that have declared themsalves guilty; I knew of them indirectly as associates and workers of Mr. MARS MICOLTA HURTADO. Because of this I ask for an audience withy you as I long to be reunited with my husband Mr. JULIO DAVID who was born and raised in these United States (New York) and to which I am legally married and also like to speak with you about my immigration case; I entered legally into the U.S. with a temporary resident VISA and was in the process of adjusting my status to permanent resident when this situation occurred. As you may already know Colombia S.A. is a violent country. By the magnitude of this case and the vast publicity given this case, I ask for your help because I feel that my family and I can be in danger if sent back I may still be able to collaborate as it's my understanding that Mr. LUIS SEGUNDO POLANCO GARCIA (AKA: peluza ) is still a fugitive from justice.

I thank you in advance for your attention and any help in this matter, my english is not that well, please excuse it thank you for your time and concern in this matter.

Sincerely.

MONICA RUIZ MATOREL
# 08217-028

c.c. MARIA ELENA PEREZ (attorney)

Brucenton Wills W.V., 01 de septiembre del 200?

Senora:
MARIA ELENA PEREZ
146 Madeira Ave.
Miami, Fl 33134


Por medio de la presente le hago llegar la carta que le envio a mi Juez DONALD MIDDLEBROOKS, ya que usted desde hace mas de un mes esta esperando respuesta de mi fiscal ANDREA G. HOFFMAN y ella no ha contestado sus llamadas, segun su secretaria la senora Claudia , le ha enformado a mi mama y a mi cuando hemos tratado de comunicarnos con usted.

tome la desicion de escribirle al juez directamente por que usted no me dio la direccion de mi fiscal que tanto le pedi para escribirle directamente a ella antes que a mi Juez.

Gracias por tratar de ayudarme.


Atentamente,

MONICA RUIZ MATOREL
# 08217-028



c.c. DONALD MILDDLEBROOKS
     Honorable Judge