UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

XIOMARA BEJARANO,

**09-20905**



v.

Criminal # 06-cr-20139-18(DMM)

Civil # _____

UNITED STATES OF AMERICA.
———————————————————X

**CIV-MIDDLEBROOKS**

MOTION PURSUANT TO 28 U.S.C. § 2255

MAGISTRATE JUDGE
WHITE

Comes now Xiomara Bejarano, acting pro se, without any experience or training in the law. Simply put petitioner is a complete novice in the law. Petitioner does not speak read nor write English.

Petitioner asks this court to treat her petition liberally as per the teachings of <u>Haines v. Kerner</u>, 404 U.S. 519 (1972), and intervene despite petitioner's lack of knowledge in the law, poor syntax or sentence construction, confusion of legal theory, failure to cite proper authority etc.

### TIMELINESS OF MOTION

Petitioner was sentenced on April, 3, 2008, and thus crediting 10 working days to file notice of appeal results in filing this petition on or before April, 17, 2009.

Petitioner brings this "bare bones" petition to this court in time and moves this honorable court to grant leave to file a

cat/div 2255/Dade
Case # 09-cv-20905
Judge Middlebrooks Mag White
Motn Ifp _____ Fee pd $ _____
Receipt # _____

"memorandum of law" in support of her petition. Furthermore, petitioner begs this court to permit her to amend her petition as justice may require.

## ISSUES PRESENTED

I.  Whether counsel was ineffective for his failure to consult with petitioner about the advantages and/or disadantages of pursuing an appeal?

II. Whether petitioner's sentence directly contravenes the Supreme Court's decision in United States v. Santos, 170 L.Ed.2d 912 (2008)?

III. If the answer is in the affirmative in II above, whether counsel was ineffective in his failure to address the issue?

## STATEMENT OF THE CASE

This court presided over the entire proceedings, and in the interest of brevity, its familarity with the record is presumed. Indeed petitioner relies heavily on the record.
After petitioner's sentence on April, 3, 2008, counsel did not consult with petitioner about the advantages or disadvantages of pursuing an appeal and literally abandoned petitioner.

## APPLICABLE LAW

It is without any genuine dispute that this honorable court is fully versed in the law and its complexities, and petitioner relies substantially on this court's wisdom to intervene and correct any errors that may occur.

> "Wisdom too often never comes and so one ought not to reject it merely because it comes late."

Watson v. United States, 552 U.S. (2007) (Ginsburg., J., concurring and quoting Justice Frankfurter.)

## ARGUMENTS

Petitioner will be submitting a memorandum of law after she has received the guilty plea, and sentencing transcripts of which has been requested by motion for discovery attached.

## CONCLUSION

Wherefore petitioner prays that this court accept her motion pursuant to 28 U.S.C. § 2255 and hold it in abeyance until it receives the "memorandum of law."

3/31/09

Respectfully submitted,

s Xiomara bejarano
———————————————
Xiomara Bejarano pro se
79037-004
501 NE Capital CRL
Talahassee FL 32201

AO 240 (Rev. 9/96)

# UNITED STATES DISTRICT COURT

__SOUTHERN__ District of __FLORIDA__

| | |
|---|---|
| XIOMARA BEJARANO<br><br>Plaintiff<br><br>V.<br><br>UNITED STATES OF AMERICA<br><br>Defendant | APPLICATION TO PROCEED<br>WITHOUT PREPAYMENT OF<br>FEES AND AFFIDAVIT<br><br>Criminal # 06-cr-20139-18(DMMM)<br><br>CASE NUMBER: |

I, __Xiomara Bejarano__ declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant  ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?  ☒ Yes  ☐ No  (If "No," go to Part 2)

    If "Yes," state the place of your incarceration __Bureau of Prisons Talahassee FL 32201__

    Are you employed at the institution? __Yes__ Do you receive any payment from the institution? _____

    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?  __Prisoner__  ☒ Yes  ☐ No

    a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

    b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

    | | | Yes | No |
    |---|---|---|---|
    | a. | Business, profession or other self-employment | ☐ | ☒ |
    | b. | Rent payments, interest or dividends | ☐ | ☒ |
    | c. | Pensions, annuities or life insurance payments | ☐ | ☒ |
    | d. | Disability or workers compensation payments | ☐ | ☒ |
    | e. | Gifts or inheritances | ☒ | ☐ |
    | f. | Any other sources | ☐ | ☒ |

    If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

Sometimes my family and friends send me various amounts eg., $100.00 to assist me with my commissary needs and telephone calls to maintain family ties. Unpredictable of when the next gift will arrive and for how much.

4. Do you have **any** cash or checking or savings accounts?   ☐ Yes   ☒ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   Jean Marcos Micolta--daughter 12 years , Federico Oliveres-father and my mother who depend on me for support in Colombia, however, I am unable to support as a result of my incarceration.

I declare under penalty of perjury that the above information is true and correct.

_____3/31/09_____          _____S/Xiomara Bejarano_____
        Date                          Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed IFP shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

XIOMARA BEJARANO,

v.

Criminal # 06-cr-20139-18(DMM)

Civil # _____

UNITED STATES OF AMERICA.
----------------------------------X

## MOTION FOR DISCOVERY

Petitioner, Xiomara Bejarano, acting pro se, moves this honorable court for an order to the clerk of this court to provide her with copies of his guilty plea allocutions and her sentencing transcripts, which are absolutely necessary to further advance petitioner's motion pursuant to 28 U.S.C. § 2255, which hae been filed together with this motion for discovery.

Wherefore petitioner prays that this court grant an order to the clerk to provide her with the transcripts.

3/31/09

Respectfully submitted,

s/Xiomara Bejarano
_____
Xiomara Bejarano pro se